[Criminal No. 75. Filed January 28, 1893.]

TERRITORY OF ARIZONA, Plaintiff and Respondent, v. HENRY BLEVINS, Defendant and Appellant.

1. CRIMINAL LAW — NECESSITY FOR PLEA.— Until the defendant has pleaded to the indictment, there is no issue to be submitted to the jury, and the omission to plead is fatal to the judgment even after verdict.

APPEAL from a judgment of the District Court of the Second Judicial District in and for the County of Gila. Joseph H. Kibbey, Judge. Reversed.

The facts are stated in the opinion.

E. J. Edwards, for Appellant.

Miles Van Wagenen, District Attorney, for Respondent.

GOODING, C. J.—It appeared by the records in this case that the trial proceeded without a plea by the prisoner, and this being urged against the judgment in the case, we think

a new trial should be granted. "Until the defendant has plead to the indictment there was no issue to be submitted to the jury, and the omission to plead is fatal to the judgment even after verdict." *People* v. *Gaines,* 52 Cal. 481; *Douglass* v. *State,* 3 Wis. 820; *State* v. *Saunders,* 53 Mo. 324.

Sloan, J., concurred.